UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-241-JAK |
|---|---|
| Plaintiff, | ORDER OF DETENTION |
| v. | |
| DEONTAVIOUS JAMES, | |
| Defendant. | |

For the reasons stated on the record at the status conference held on July 22, 2021, the Court vacates the Magistrate Judge's order setting conditions of release (Dkt. 25). The Court finds that no condition or set of conditions can reasonably assure defendant's appearance as required or the safety of the community. The Court orders defendant detained pending trial.

Defendant is ordered to self-surrender by 12:00 p.m. (CST) on July 23, 2021 to the United States Marshals Service at the United States Courthouse for the Northern District of Mississippi, located at 911 Jackson Avenue, East Oxford, Mississippi 38655; provided, however, if counsel for the parties agree to a different location that is closer to where Defendant resides, he may surrender there. A

///

///

failure to self-surrender may result in the issuance of a bench warrant for Defendant's arrest.

    IT IS SO ORDERED.

| July 22, 2021 | |
|---|---|
| DATE | JOHN A. KRONSTADT |
| | UNITED STATES DISTRICT JUDGE |

Cc: USM, BOP, USPO